Form 240A - Reaffirmation Agreement (Cont.)     6

**PART B: REAFFIRMATION AGREEMENT.**

I (we) agree to reaffirm the debts arising under the credit agreement described below.

1. Brief description of credit agreement:

LaSalle Bank Midwest, N.A. fka Standard Federal Bank, N.A. holds an Equity Credit Line Agreement/ Mortgage dated May 24, 2004 secured by real property at 34622 Ash, Wayne, MI 48184 executed by Dale A Parm and Caryn Parm in the face amount of $20600.00.

SIGNATURE(S):

Borrower:

_Dale A Parm_
(Print Name)

_[signature]_
(Signature)

Date: 3/3/08

Co-borrower, if also reaffirming these debts:

_CARYN L. PARM_
(Print Name)

_[signature]_
(Signature)

Date: 3/3/08

Accepted by creditor:

__LaSalle Bank Midwest, N.A._____
(Printed Name of Creditor)

_4747 W Irving Park Rd, Chicago, IL 60641__
(Address of Creditor)

_[signature]_
(Signature)

_Sonia Johnson, Bankruptcy Adminstrator__
(Printed Name and Title of Individual Signing for Creditor)

Date of creditor acceptance:

3-19-08

Form 240A - Reaffirmation Agreement (Cont.) 7

PART C: CERTIFICATION BY DEBTOR'S ATTORNEY (IF ANY).

*[To be filed only if the attorney represented the debtor during the course of negotiating this agreement.]*

I hereby certify that (1) this agreement represents a fully informed and voluntary agreement by the debtor; (2) this agreement does not impose an undue hardship on the debtor or any dependent of the debtor; and (3) I have fully advised the debtor of the legal effect and consequences of this agreement and any default under this agreement.

☐ *[Check box, if applicable and the creditor is not a Credit Union.]* A presumption of undue hardship has been established with respect to this agreement. In my opinion, however, the debtor is able to make the required payment.

Printed Name of Debtor's Attorney: Susan F. Nidenbaum

Signature of Debtor's Attorney: _____

Date: 3/10/08

A lot. Dale and I are going to complete a debt counseling program. Our auto Ins. should be reduced when we own our 2nd vehicle come May ~~March~~ 2008. We are just doing everything possable to keep our 1st and 2nd mortgages and to pay ford Motor Credit. We only wish to surrender credit card debt. All others will be paid!