UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

IN THE MATTER OF:

DALE ANTHONY PARM  
CARYN LEA PARM,  

    Debtors.

Case No. 08-43093-MBM  
Honorable MARCI B. MCIVOR  
Chapter 7

34622 Ash  
Wayne, MI 48184  
XXX-XX-4276  
XXX-XX-8458  
_____/

## STIPULATION FOR ASSUMPTION OF THE LEASE AGREEMENT BETWEEN DEBTORS AND FORD MOTOR CREDIT COMPANY LLC

    Ford Motor Credit Company LLC ("Creditor") and the Debtors, and their undersigned counsel, who hereby stipulate and agree to the Assumption of the Lease Agreement between Creditor and the Debtors regarding the lease of a 2006 Ford F150 (VIN: 1FTPX14V76FA88122) under the terms of the Lease Assumption Agreement attached hereto. The Debtors agree to comply with the terms and conditions of the Lease Agreement and waive the affect of the discharge under 11 U.S.C. §524(a) as to the assumed Lease Agreement.

**STIPULATED TO:**

| LAW OFFICES OF SUSAN F. WIDENBAUM, P.C. | KILPATRICK & ASSOCIATES, P.C. |
|---|---|
| /s/ Susan F. Widenbaum | /s/ Junhua Gu |
| Susan F. Widenbaum (P44506) | RICHARDO I. KILPATRICK (P35275) |
| Attorney for Debtors | LEONORA K. BAUGHMAN (P33534) |
| Law Offices of Susan F. Widenbaum, P.C. | MICHAEL P. HOGAN, ESQ. (P63074) |
| 33124 Warren Road, | CRAIG B. RULE, ESQ. (P67005) |
| Westland, MI 48185 | MONICA N. HUNT, ESQ. (P68838) |
|  | JUNHUA GU, ESQ. (P69327) |
|  | REBECCA K. MCDOWELL, ESQ. (P69950) |
|  | RYAN R. LUDMAN, ESQ. (P71207) |
|  | RODNEY P. WEBER, ESQ. (P65499) |
|  | Attorneys for Creditor, Ford Motor Credit Company LLC |
|  | 903 North Opdyke Road, Suite C |
|  | Auburn Hills, MI 48326 |
|  | ecf@kaalaw.com |
|  | (248) 377-0700 |

/s/ Caryn L. Parm  
Caryn Lea Parm  
Debtor  
34622 Ash  
Wayne, MI 48184

Date: March 19, 2008

Account No.: 2790